FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
AUG 10 2021
BROOKLYN OFFICE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| R CUBED ENGINEERING, LLC, | ) | |
| | ) | |
| Petitioner, | ) | Miscellaneous Case No. 21-2344 |
| | ) | |
| v. | ) | |
| | ) | Arising from ROSS, J. |
| | ) | Civil Action No. 5:20-cv-02888 |
| RON PIERCEY, | ) | pending in the United States District Court |
| | ) | for the Eastern District of Pennsylvania |
| Respondent. | ) | |

## ORDER TO SHOW CAUSE

Upon the Declaration of Matthew Edward Vogler, Esq., executed on August __, 2021, and the exhibits annexed thereto, and the *Memorandum of Law in Support of R3E's Emergency Motion to Compel Subpoena Compliance and for Contempt and Sanctions*, copies of which are annexed hereto, it is hereby

ORDERED that the above-named Respondent show before this Court, at Room __, United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, on August __, 2021, at __:__ in the ____ noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 45 of the Federal Rules of Civil Procedure (i) compelling compliance with the subpoena issued by R3E and served upon Respondent on July 14, 2021, (ii) holding Respondent in contempt for his noncompliance with said subpoena, and (iii) imposing sanctions upon Respondent related thereto; and it is further

DOCS_NY:43824.4 68700/002

ORDERED that a copy of this Order, together with a copy of the papers upon which it is granted, be personally served upon the Respondent or his attorneys on or before August __, 2021, by _:__ in the ____ noon, and that such service be deemed good and sufficient.

Dated: Brooklyn, New York
       August __, 2021

                                                                                                   _____
                                                                                                   United States District Judge